Local Form 3015-1 (1/22)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
**Alyssa Michelle Schulz**
**Ryan Frank Schulz**

Case No. **23-50278**
CHAPTER 13 PLAN ✓ Modified
Dated: **November 3, 2023**

Debtor.
In a joint case, debtor means debtors in this plan.

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE:** Debtor must check the appropriate boxes below to state whether or not the plan includes each of the following items:

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 9 or 16 | ✓ Included | ☐ Not included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 16 | ☐ Included | ✓ Not included |
| 1.3 | Nonstandard provisions, set out in Part 16 | ✓ Included | ☐ Not included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE:** The initial plan payment is due not later than 30 days after the order for relief, unless the court orders otherwise.

2.1 As of the date of this plan, the debtor has paid the trustee $___.

2.2 After the date of this plan, the debtor will pay the trustee:

| Plan payment | Start MM/YYYY | End MM/YYYY | Total |
|---|---|---|---|
| $310.00 | 07/2023 (4 months) | 10/2023 | $1,240.00 |
| $500.00 | 11/2023 (6 months) | 04/2024 | $3,000.00 |
| $675.00 | 05/2024 (50 months) | 06/2028 | $33,750.00 |
| | | TOTAL: | $37,990.00 |

2.3 The minimum plan length is ✓ 36 months or ☐ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
2.4 The debtor will also pay the trustee **NONE**.
2.5 The debtor will pay the trustee a total of $ **37,990.00** [lines 2.1 + 2.2 + 2.4]

**Part 3. PAYMENTS BY TRUSTEE AND TRUSTEE'S FEES:** Prior to confirmation of the plan, the trustee will pay from available funds payments designated as Adequate Protection ("Adq. Pro.") under Parts 8 and 9 to creditors with claims secured by personal property. All other funds will be disbursed by the trustee following confirmation of the plan as soon as is practicable. The trustee will pay from available funds only to creditors for which proofs of claim have been filed. The trustee is not required to retain funds for any claim for which a proof of claim has not been timely filed and may disburse those funds to other claimants. The trustee may collect a fee of up to 10% of plan payments, or $ **3,799.00** [line 2.5 x .10]

**Part 4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 7.

| | Creditor | Description of Property |
|---|---|---|
| 4.1 | **LeMieux Properties, LLC** | **Month to Month Residential Lease** |
| 4.2 | **Storage Rentals of America** | **Storage Unit** |
| 4.3 | **T-Mobile** | **Cell Phone Contract** |

**Part 5. CLAIMS NOT IN DEFAULT** — Payments on the following claims are current. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any.

| | Creditor | Description of Property |
|---|---|---|
| 5.1 | **Matco Tools** | **Tools of Trade, Specialty Tools** |
| 5.2 | **Snap-on Credit** | **Tools of Trade, Specialty Tools** |

**Part 6. HOME MORTGAGES IN DEFAULT (§§ 1322(b)(5) and 1322(e))** — The trustee will pay the amount of default listed in the proof of claim on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens. **All following entries are estimates.**

| | Creditor | Amount of default | Monthly payment | Beginning in #mo./yr. | # of payments | Remaining Payments | + amount paid to date by Trustee (mod plan only) | Total payments |
|---|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | | |
| | | | | | | | TOTAL | $0.00 |

**Part 7. CLAIMS IN DEFAULT (§§ 1322 (b)(3) and (5) and 1322(e)):** The trustee will pay the amount of default listed in the proof of claim in the amount allowed on the following claims. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

| | Creditor | Amount of default | Interest rate (if any) | Beginning in mo.yr | Monthly Payments | # of payments | Remaining Payments | + amount paid to date by Trustee (mod plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| 7.1 | Lemieux Properties | $2,360.00 | 0.00% | 07/2023 | $98.34 | 24 | $2,360.00 | $0.00 | $2,360.00 |
| | | | | | | | | TOTAL | $2,360.00 |

**Part 8. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5))** The trustee will pay,the amount set forth in the "Total Payments" column belowon the followingsecured claims if a proof of claim is filed andallowed. Notwithstanding a creditor's proof of claim filed before or after confirmation, the amount listed in the secured claim amount column binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with FRBP 3012(c) controls over any contrary amount. Unless otherwise specified in Part 16, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i). Any allowed unsecured portion of the claim will be paid under Part 12, Part 13, or Part 14.

| | Creditor | Est. Claim amount | Secured claim amount | Int. Rate | Adq. Pro. (Check) | Begin-ning in mo./yr. | Monthly payment | # of Payments | Remaining payments | +amount paid to date by Trustee (mod plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.1 | OneMain Financial | $12,588.00 | $500.00 | 8.50 | ✓ | 07/2023 | $50.00 | 4 | $200.00 | $0.00 | $615.48 |
| | | | | | | 11/2023 | $69.25 | 6 | $415.48 | | |
| | | | | | | | | | | TOTAL | $615.48 |

**Part 9. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value)(allowed secured claim controls over any contrary amount):** The trustee will pay the amount of the allowed secured claim listed in the proof of claim at the interest rate set forth below. Any allowed unsecured portion of the claim will be paid under Part 12, Part 13, or Part 14. All following entries are estimates, except for interest rate. Unless otherwise specified in Part 16, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. §1325(a)(5)(B)(i).

| | Creditor | Est. Secured Claim amount | Int. rate | Adq. Pro. (Check) | Beginning in mo./yr. | Monthly payment | # of Payments | Remaining payments | +amount paid to date by Trustee (mod plan only) | Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 9.1 | Capital One Auto Finance | $10,078.48 | 9.50 | ✓ | 07/2023 | $50.00 | 4 | $200.00 | $0.00 | $12,700.00 |
| | | | | | 11/2023 | $191.08 | 56 | $10,700.48 | | |
| | | | | | | | | | TOTAL | $12,700.00 |

**Part 10. PRIORITY CLAIMS (not including claims under Part 11):** The trustee will pay in full all claims entitled to priority under § 507(a)(2) through (a)(10), including the following. **The amounts listed are estimates.** The trustee will pay the allowed portion of the priority amount listed in the proof of claim.

|  | Creditor | Claim Amount | Beginning in mo.yr. | Monthly payment | # of payments | Remaining payments | +amount paid to date by Trustee (mod plan only) | =Total payments |
|---|---|---|---|---|---|---|---|---|
| 10.1 | Attorney Fees | $3,000.00 | 07/2023 | $78.95 | 38 | $3,000.00 | $0.00 | $3,000.00 |
| 10.2 | Internal Revenue Service | $12,483.36 | 07/2023 | Pro Rata | Pro Rata | $12,483.36 | $0.00 | $12,483.36 |
| 10.3 | MN Dept of Revenue | $1,534.55 | 07/2023 | Pro Rata | Pro Rata | $1,534.55 | $0.00 | $1,534.55 |
|  |  |  |  |  |  |  | TOTAL | $17,017.91 |

**Part 11. DOMESTIC SUPPORT OBLIGATION CLAIMS:** The trustee will pay in full all domestic support obligation claims entitled to priority under § 507(a)(1), including the following. **The amounts listed are estimates.** The trustee will pay the allowed portion of the priority amount listed in the proof of claim.

| Creditor | Claim amount | Beginning in mo./yr. | Monthly payment | # of payments | Remaining payments | + amount paid to date by Trustee (mod plan only) | =Total payments |
|---|---|---|---|---|---|---|---|
| -NONE- |  |  |  |  |  |  |  |
|  |  |  |  |  |  | TOTAL | $0.00 |

**Part 12. SEPARATE CLASSES OF UNSECURED CLAIMS** — In addition to the class of unsecured claims specified in Part 13, there shall be separate classes of non-priority unsecured creditors including the following. The trustee will pay the allowed portion of the nonpriority amount listed in the proof of claim. **All following entries are estimates.**

| Creditor | Undersecured claim amount | Interest Rate (if any) | Beginning in mo./yr. | Monthly Payment | # of Payments | Remaing payments | + amount paid to date by Trustee (mod plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|
| -NONE- |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | TOTAL | $0.00 |

**Part 13. TIMELY FILED UNSECURED CLAIMS** — The trustee will pay holders of allowed non-priority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under Parts 3, 6, 7, 8, 9, 10, 11, and 12 their pro rata share of approximately $ **1,497.61**    [line 2.5 minus totals in Parts 3, 6, 7, 8, 9, 10, 11, and 12].

13.1    The debtor estimates that the total unsecured claims held by creditors listed in Part 8 and 9 are $ **12,088.00** .

13.2    The debtor estimates that the debtor's total unsecured claims (excluding those in Part 8 and 9) are $ **48,004.00** .

13.3    Total estimated unsecured claims are $ **60,092.00**   [lines 13.1 + 13.2].

**Part 14. TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 6, 7, 8, 9, 10, 11, 12, and 13, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed. Tardily filed claims remain subject to objection pursuant to 11 U.S.C. §502(b)(9).

**Part 15. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under §§ 362(a) and §§ 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| Creditor | Description of Property (including complete legal description of real property) |
|---|---|
| -NONE- |  |

**Part 16. NONSTANDARD PROVISIONS:** The Trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in FRBP 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void. Any request by the debtor to modify a claim secured only by a security interest in real property that is the debtor's principal residence must be listed in this Part and the debtor must bring a motion to determine the value of the secured claim pursuant to Local Rule 3012-1(a).

| 16.1 | *The plan is a step plan which will pay as follows: $310.00 Monthly for 4 months, $500.00 Monthly for 6 months, then $675.00 Monthly for 50 months |
|---|---|
| 16.2 | A proof of claim may be filed by the Internal Revenue Service (IRS) for a claim against the debtors for taxes that become payable to the IRS post-petition, limited to only the tax year for which the bankruptcy case was filed. The trustee shall pay such claim as submitted as funds are available pursuant to 11 U.S.C. Statute 1305.<br><br>The debtor shall send the Trustee each year during the Chapter 13 Plan, copies of his/her federal and state income tax returns at the time they are filed. If the debtor receives a refund from the federal taxing agency but owes the state taxing agency (or vice-versa), the debtor will net the two out and pay the trustee the amount over $1,200 for a single filer, or $11,184 for a joint filer (not including any Earned Income Credit or Working Family Credit). Any additional amounts shall be turned over to the Chapter 13 trustee as additional plan payments.<br><br>**APPROVAL NOT REQUIRED TO INCUR POST PETITION DEBT.** Approval by the bankruptcy court, or Chapter 13 trustee, shall not be required prior to debtor incurring ordinary consumer debt while this case is pending. Letters of approval will not be provided by the Chapter 13 trustee and one is not needed for debtor to incur post-petition ordinary consumer debt in Minnesota. All parties in interest retain all rights regarding the treatment of this debt in future modified plans and motions to confirm such plans.<br><br>Upon the granting of relief from the automatic stay, the trustee shall cease payments on account of the secured portion of the applicable claim. For any claim arising from the granting of relief from the automatic stay, surrender, foreclosure, repossession, or return of any collateral to any creditor listed in Parts 5, 6, 7, 8, 9, 10, 16 or Non-standard provisions, for any reason, including plan modification, the trustee shall pay such claim as a general unsecured claim upon amendment of the applicable claim. Any alleged balance of any claim to such creditor shall be discharged upon the debtors receiving a discharge in this case.<br><br>All secured creditors being paid direct (outside the Chapter 13 plan) on the plan may, upon confirmation of the plan, send debtor monthly statements and are authorized to speak to debtor about post-petition payments. |

**SUMMARY OF PAYMENTS:**

| Class of Payment | | Amount to be paid |
|---|---|---|
| Payments by trustee [Part 3] | $ | **3,799.00** |
| Home mortgages in default [Part 6] | $ | **0.00** |
| Claims in Default [Part 7] | $ | **2,360.00** |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 8] | $ | **615.48** |
| Secured claims excluded from § 506 [Part 9] | $ | **12,700.00** |
| Priority Claims [Part 10] | $ | **17,017.91** |
| Domestic support obligation claims [Part 11] | $ | **0.00** |
| Separate classes of unsecured claims [Part 12] | $ | **0.00** |
| Timely filed unsecured claims [Part 13] | $ | **1,497.61** |
| TOTAL (must equal line 2.5) | $ | **37,990.00** |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 16.

Signed: **/s/ Amanda M. Rosback**
       **Amanda M. Rosback 0399772**
       Attorney for debtor

Signed: **/s/ Alyssa Michelle Schulz**
       **Alyssa Michelle Schulz**
       Debtor 1

Signed: **/s/ Ryan Frank Schulz**
       **Ryan Frank Schulz**
       Debtor 2 (if joint case)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Alyssa Michelle Schulz
         Ryan Frank Schulz

Case No. 23-50278

Debtors.

## NOTICE OF CONFIRMATION HEARING

PLEASE TAKE NOTICE that the Confirmation Hearing on the Chapter 13 Plan will hold a hearing on this motion at 9:15 AM on Wednesday November 15, 2023. The hearing will be conducted telephonically. Please dial 1-888-684-8852 to call in for the hearing. When prompted, enter access code: 5988550. When prompted, enter security code: 0428. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

Any objection to the modified plan shall be filed and served no later than 48 hours prior to the time and date set for the confirmation hearing.

Dated: November 3, 2023

LIFE BACK LAW FIRM, P.A.

/e/   AMANDA M. ROSBACK #399772
Attorney for Debtors
13 Seventh Avenue South
St. Cloud, Minnesota 56301
(320) 252-0330
Amanda@lifebacklaw.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re: Alyssa Michelle Schulz
     Ryan Frank Schulz

Case No. 23-50278

Debtors.

## UNSWORN CERTIFICATE OF SERVICE

     I, Justice M. Bruyere, declare under penalty of perjury that on November 3, 2023, I caused to be served the Notice of Confirmation Hearing and Modified Chapter 13 Plan via the CM/ECF system to those parties requesting electronic notification and upon all parties in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail.

Dated: November 3, 2023                 /e Justice M. Bruyere
                                                                 Justice M. Bruyere
                                                                 LifeBack Law Firm, P.A.

```
Label Matrix for local noticing          LVNV Funding LLC                         Duluth
0864-5                                   c/o Resurgent Capital Services           404 Gerald W. Heaney Federal Building
Case 23-50278                            PO Box 10587                             and U.S. Courthouse and Customhouse
District of Minnesota                    Greenville, SC 29603-0587                515 West First Street
Duluth                                                                            Duluth, MN 55802-1301
Tue Oct 17 10:38:23 CDT 2023

Best Egg                                 Brainerd Eye Care                        Brandon S. Lefkowitz
1523 Concord Pike                        506 Laurel Street                        29777 Telegraph Road, Suite 2440
Suite 201                                Brainerd MN 56401-3526                   Southfield, MI 48034-7667
Wilmington DE 19803-3656


Broadway Chiropractic Center             CC Bank                                  CHI St Gabriel's Health
111 East Broadway                        PO Box 36454                             2653 Solution Center
Little Falls MN 56345-3038               Cincinnati, OH 45236-0454                Chicago IL 60677-2006


(p)CAINE & WEINER COMPANY                Capital One                              Capital One Auto Finance
12005 FORD ROAD 300                      Attn: Bankruptcy                         Attn: Bankruptcy
DALLAS TX 75234-7262                     Po Box 30285                             7933 Preston Rd
                                         Salt Lake City UT 84130-0285             Plano TX 75024-2302


Capital One Auto Finance, a division of  Capital One Auto Finance, a division of Capi  Capital One N.A.
AIS Portfolio Services, LLC              P.O. Box 4360                            by American InfoSource as agent
4515 N Santa Fe Ave. Dept. APS           Houston, TX 77210-4360                   PO Box 71083
Oklahoma City, OK 73118-7901                                                      Charlotte, NC  28272-1083


CenterPoint Energy                       Centerpoint Energy                       Centracare
PO Box 1700                              505 Nicollett Mall                       1406 6th Ave N
Houston, TX 77251-1700                   PO Box 59038                             Saint Cloud MN 56303-1901
                                         Minneapolis MN 55459-0038


Check 'n Go                              City of Pierz                            Collection Bureau Of Little Falls
Attn: Bankruptcy                         PO BOX 367                               Po Box 246
Po Box 14283                             Pierz MN 56364-0367                      Little Falls MN 56345-0246
Cincinnati OH 45250-0283


Credit Acceptance                        (p)CREDITNINJA                           Cybrcollect, Inc
Attn: Bankruptcy                         27 N WACKER DRIVE                        Po Box 1145
25505 West 12 Mile Road Ste 3000         SUITE 404                                La Crosse WI 54602-1145
Southfield MI 48034-8331                 CHICAGO IL 60606-2800


DM Motors                                Essentia Care                            Essentia Health
2621 Divison Street                      1406 6th Ave N                           PO Box 1123
Saint Cloud MN 56301-3836                Saint Cloud MN 56303-1900                Minneapolis, MN 55440-1123


Exeter Finance LLC                       Exeter Finance LLC                       First Electronic Bank
AIS Portfolio Services, LLC              Attn: Bankruptcy                         c/o Opportunity Financial, LLC
4515 N Santa Fe Ave. Dept. APS           Po Box 166008                            130 E. Randolph Street, Suite 3400
Oklahoma City, OK 73118-7901             Irving TX 75016-6008                     Chicago, IL 60601-6379
```

IC Systems, Inc
Attn: Bankruptcy
Po Box 64378
St. Paul MN 55164-0378

IC Systems, Inc
Po Box 64378
Saint Paul MN 55164-0378

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia PA 19101-7346

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee WI 53201-3043

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LeMieux Properties, LLC
4100 Parklawn Ave S #215
Minneapolis MN 55435-4695

M Health Fairview
PO BOX 199
Minneapolis MN 55440-0199

MN Dept of Revenue
Attn: Denise Jones
PO Box 64447
Saint Paul MN 55164-0447

Matco Tools
Attn: Bankruptcy
4403 Allen Rd
Stow OH 44224-1096

Medicare Premium Coll. Center
PO BOX 790355
Saint Louis MO 63179-0355

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego CA 92193-9069

Midwest Out
23645 Clubhouse Dr
Rapid City SD 57702-7360

Minnesota Power
PO Box 77065
Minneapolis MN 55480-7765

Minnesota Revenue
PO Box 64447-BKY
St Paul MN 55164-0447

Northland Smiles Little Falls
PO Box 366
Little Falls MN 56345-0366

Nothern Pines Mental Health
PO Box 367
Little Falls MN 56345-0367

Nystrom & Asscoiates
1900 Silver Lake Road NW Suite
New Brighton MN 55112-1786

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville IN 47731-3251

Opploans/feb
Attn: Bankruptcy Dept
130 East Randolph Street Suite 3400
Chicago IL 60601-6379

Payday America Inc
8650 Lyndale Ave S
Bloomington MN 55420-2736

Pine Country Bank
PO Box 528
Little Falls MN 56345-0528

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
Catholic Health Initiatives
PO Box 788
Kirkland, WA  98083-0788

RMP Services LLC
PO Box 630844
Cincinnati OH 45263-0844

Range Credit Bureau
PO Box 706
Hibbing MN 55746-0706

Resurgent Capital Services as servicing agen
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

S&P Loan Co
600 N Park Ave
Park Rapids MN 56470-1160

Scolopax, LLC
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

Sellnow Law Office PA
229 Central Ave
Long Prairie, MN 56347-1337

| (p)SNAP ON CREDIT<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 | Social Security Office<br>3800 Veterans Drive Suite 100<br>Saint Cloud MN 56303-3070 | St. Cloud Orthopedic Assoc,LTD<br>1555 Northway Drive<br>Saint Cloud MN 56303-1258 |
|---|---|---|
| (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 | US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste 599<br>Weldon Springs MO 63304-2225 | Alyssa Michelle Schulz<br>600 Lindberg Drive North West Trailer C4<br>Little Falls, MN 56345-1263 | Amanda M. Rosback<br>LifeBack Law Firm, PA<br>13 -7th Avenue South<br>Saint Cloud, MN 56301-4259 |
| Kyle Carlson<br> Chapter 13 Trustee<br>PO Box 519<br>Barnesville, MN 56514-0519 | Ryan Frank Schulz<br>600 Lindberg Drive North West Trailer C4<br>Little Falls, MN 56345-1263 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Sherman Oaks CA 91411 | CreditNinja<br>27 North Wacker Dr., Ste. 404<br>Chicago IL 60606 | Snap-on Credit<br>Attn: Bankruptcy<br>950 Technology Way, Suite 301<br>Libertyville IL 60048 |
|---|---|---|
| (d)Snap-on Credit LLC<br>950 Technology Way, Suite 301<br>Libertyville, IL 60048 | State Collection Service<br>PO Box 6250<br>Madison WI 53716-0250 | T-Mobile<br>PO Box 790047<br>Saint Louis MO 63179-0047 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Brother | End of Label Matrix<br>Mailable recipients    73<br>Bypassed recipients     1<br>Total                74 | |
|---|---|---|

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re
**Alyssa Michelle Schulz**
**Ryan Frank Schulz**
Debtor(s).

Case No. **23-50278**

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☑ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 10/03/2023

X /s/ Alyssa M Schulz
Signature of Debtor1 or Authorized
Representative

**Alyssa Michelle Schulz**
Printed Name of Debtor 1 or
Authorized Representative

X /s/ Ryan Schulz
Signature of Debtor 2

**Ryan Frank Schulz**
Printed Name of Debtor 2